```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 41583
   CLAUDIA BUCURI
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


        Debtor
   SSN XXX-XX-4704

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 09/29/2005 and was confirmed 11/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   77.00%.

     The case was paid in full 01/28/2009.
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
-----------------------------------------------------------------------------
ASG                         UNSECURED        NOT FILED            .00             .00
CACH                        UNSECURED        NOT FILED            .00             .00
CACH                        UNSECURED        NOT FILED            .00             .00
CAPITAL ONE                 UNSECURED          4825.90            .00         3715.94
MIDLAND CREDIT MANAGEMEN    NOTICE ONLY      NOT FILED            .00             .00
NORTHWESTERN MEMORIAL HO    UNSECURED        NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM    UNSECURED          2967.15            .00         2284.71
PENTAGROUP FINANCIAL LLC    UNSECURED        NOT FILED            .00             .00
ROUNDUP FUNDING LLC         UNSECURED         11473.20            .00         8834.36
ROUNDUP FUNDING LLC         UNSECURED          6140.57            .00         4728.24
LEGAL HELPERS PC            DEBTOR ATTY       1,700.00                       1,700.00
TOM VAUGHN                  TRUSTEE                                          1,406.30
DEBTOR REFUND               REFUND                                               2.39

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 22,671.94

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                    19,563.25
ADMINISTRATIVE                                1,700.00
TRUSTEE COMPENSATION                          1,406.30
DEBTOR REFUND                                     2.39
                       --------------      --------------
TOTALS                  22,671.94            22,671.94
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 41583 CLAUDIA BUCURI

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/10/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 41583 CLAUDIA BUCURI